| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| EVELINA SIVERAND ROSS, | § |
| | § |
| Plaintiff, | § |
| | § |
| *versus* | § CIVIL ACTION NO. 1:08-CV-318 |
| | § |
| MICHAEL J. ASTRUE, | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. Defendant's Motion was agreed by both parties and therefore no objections to the Report of the United States Magistrate Judge were filed by the parties. All parties concur with the findings of fact and conclusions of law of the United States Magistrate Judge, and the court independently concludes that such findings and conclusions are correct. Therefore, the Report of the United States Magistrate Judge is **ADOPTED**, and "Defendant's Stipulated Motion to Remand" (Docket No. 11) is **GRANTED**.

An order remanding the matter to the Commissioner will be entered separately.

SIGNED at Beaumont, Texas, this 22nd day of October, 2008.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE